**Lee Robert WILLIAMS, Plaintiff— Appellant,**

v.

**Dr. STEWART, Columbus Correctional Institution; Unnamed Nurse and Doctor Assistants at Columbus Correctional Institute; Lieutenant Colman, Columbus Correctional Insti-**

tute; Ms. Hunt, Superintendent at Columbus Correctional Institute; Unnamed Director of North Carolina Inmate Medical Records; Charles Bullock, Member of the Inmate Grievance Resolution Board; Lucien Copone, III, Member of the Inmate Grievance Resolution Board; Francis L. Dyer, Member of the Inmate Grievance Resolution Board; James C. Johnson, Member of the Inmate Grievance Resolution Board; Hildagene Reid, Member of the Inmate Grievance Resolution Board, Defendants—Appellees.

No. 05–7443.

United States Court of Appeals, Fourth Circuit.

Submitted Feb. 15, 2006.

Decided Feb. 28, 2006.

Lee Robert Williams, Appellant Pro Se.

Before WILLIAMS, KING, and DUNCAN, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Lee Robert Williams appeals the district court's order denying relief on his 42 U.S.C. § 1983 (2000) complaint under 28 U.S.C. § 1915(e)(2) (2000) because it was filed beyond the applicable statute of limitations. We have reviewed the record and find no reversible error. Accordingly, we affirm on the reasoning of the district court. See Williams v. Stewart, No. CA–04–567 (E.D.N.C. Aug. 12, 2005). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED*